# Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 6, 2020

VIA ECF
The Honorable Paul Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Leon Robinson, 13 CR 553 (PAE)

Dear Judge Engelmayer:

With the consent of the government and the Probation Department, I write to ask that your Honor vacate the warrant currently pending against Mr. Robinson and instead schedule a conference at which Mr. Robinson will be directed to appear. Mr. Robinson is serving a term of supervised release and has a VOSR pending against him. The warrant is intended to ensure that he appear on the VOSR. The parties agree, however, that the warrant is not necessary to ensure his appearance and its execution will put the Marshals and other Court personnel unnecessarily at risk of exposure to COVID-19.

Sometime last year while still serving his term of supervised release, Mr. Robinson was arrested on state charges and detained on Rikers Island. Mr. Robinson's state arrest triggered the filing of a VOSR. Mr. Robinson has not yet been presented on the VOSR. While Mr. Robinson was detained on Rikers Island, this Court signed a warrant to ensure that Mr. Robinson was brought to federal court to face the VOSR when released from Rikers Island. Mr. Robinson is still detained on Rikers Island but he is scheduled to be released within a day or two. If the warrant is not vacated, the Marshals will be forced to travel to and from Rikers, where COVID-19 is ravaging the facility, to transport Mr. Robinson, who certainly has been exposed to the virus, to federal court to be presented on the pending VOSR. The parties agree that Mr. Robinson need not be brought to federal court in the Marshals' custody but instead can appear as directed. I have been in contact with Mr. Robinson and will continue to be after he is released

Re:  *United States v. Leon Robinson*, 13 CR 553

from Rikers, so I can direct him when and how to appear.

I thank you for your attention to this matter and I hope you and your loved ones remain safe and well.

Respectfully submitted,

/s/

Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc: AUSA Samson Enzer (via ECF)
USPO David Mulcahy (via ECF)

The consent motion to vacate the warrant currently pending against Mr. Robinson is granted. The Government is directed to convey this information to the U.S. Marshals forthwith. The next conference in this matter is set for June 2, 2020 at 2:30 p.m. SO ORDERED.

PAUL A. ENGELMAYER  4/6/2020
United States District Judge