**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 26, 2020

VIA ECF
The Honorable Paul Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Leon Robinson, 13 CR 553 (PAE)

Dear Judge Engelmayer:

In light of the ongoing COVID-19 pandemic, I write to seek an adjournment of the next conference scheduled in the above-referenced Supervised Release Violation proceedings. The conference currently is scheduled for June 2. I am hopeful that in-person court proceedings will resume in the fall, so I ask for a date in September.

I thank you for your attention to this matter and I hope you and your chambers remain safe and well.

Respectfully submitted,

/s/
Julia Gatto
Assistant Federal Defender
Tel: (212) 417-8750

cc:   AUSA Samson Enzer (via ECF)
      USPO David Mulcahy (via ECF)

**GRANTED.** The conference is adjourned to September 16 at 10:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 71.

5/26/2020

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge