

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    **United States v. Leon Robinson**
                **13 Cr. 553 (PAE)**

Dear Judge Engelmayer:

    The parties write in response to the Court's order of March 15, 2021, concerning the proceeding scheduled for March 30, 2021, in the above-captioned case. The Government respectfully requests that the proceeding be adjourned for approximately one week, to a date after April 5, 2021. Two of the specifications in the violation report arise from a case which is currently pending in Bronx Criminal Court. A court appearance in that case is scheduled for April 5, 2021. Accordingly, the Government requests that the proceeding in this case be adjourned until after that date. This is the Government's second adjournment request.

    The Government has conferred with defense counsel, who does not object to this request.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

by:  _____
      Andrew A. Rohrbach
      Assistant United States Attorney
      (212) 637-2345

**GRANTED.** The conference is adjourned to April 27, 2021 at 10:30 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 79.

3/18/2021

                      SO ORDERED.

                      _____
                      PAUL A. ENGELMAYER
                      United States District Judge