

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2021

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    **United States v. Leon Robinson**
              **13 Cr. 553 (PAE)**

Dear Judge Engelmayer:

    The parties write in response to the Court's order of April 13, 2021, concerning the proceeding scheduled for April 27, 2021, in the above-captioned case. In light of defense counsel's trial schedule, the defendant requests an adjournment of the proceeding until mid-May, a request to which the Government consents.

    The parties agree that the proceeding in mid-May should be held remotely. Defense counsel has informed the Government that the defendant consents to a remote proceeding. The defendant is currently detained at the Essex County Correctional Facility.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney

by: _____
      Andrew A. Rohrbach
      Assistant United States Attorney
      (212) 637-2345

**GRANTED.** The conference is adjourned to May 12, 2021 at 10:30 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 82.

4/15/2021

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge