```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                -v-                                           :        13-CR-553 (PAE)
                                                              :
LEON ROBINSON,                                                :        SCHEDULING ORDER
                                                              :
                                                              :
                        Defendant.                            :
                                                              :
------------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court schedules a telephonic conference in this case for **May 13, 2021** at **12:00 P.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

    SO ORDERED.

                                                 _____
Dated: May 6, 2021                                      PAUL A. ENGELMAYER
       New York, New York                               United States District Judge