UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
      :
UNITED STATES OF AMERICA,               :
      :
       -v-                     :         13-CR-553 (PAE)
      :
LEON ROBINSON                         :        <u>SCHEDULING ORDER</u>
      :
      :
                Defendant.           :
      :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court schedules a telephonic conference in this case for **May 27, 2021** at **3:00 p.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer.  To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: May 19, 2021
       New York, New York

                                              PAUL A. ENGELMAYER
                                              United States District Judge